**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     David Luis Cabrera v. The State of Texas

Appellate case number:   01-15-00281-CR; 01-15-00282-CR

Trial court case number:  1412605

Trial court:             228th District Court of Harris County

On July 3, 2015, counsel for appellant filed a Motion to Withdraw Appeal in each of these appeals, which we construe as a motion to dismiss. The motions are **DENIED, without prejudice to refiling**. Pursuant to Texas Rule of Appellate Procedure 42.2(a), any voluntary motion to dismiss in a criminal case must be signed by the appellant and his or her attorney.

It is so ORDERED.

Judge's signature: /s/ <u>Jane Bland</u>
                      ☒ Acting individually     ☐ Acting for the Court

Date:  July 7, 2015